**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02102-REB-MJW
(Consolidated with Civil Action No. 08-cv-02467-REB-MJW, 09-cv-00161-REB-MJW)

DOUGLAS A. KOPP, derivatively on behalf of Nominal Defendant the Spectranetics Corporation,

      Plaintiff,

v.

EMILE J. GEISENHEIMER,
DAVID G. BLACKBURN,
R. JOHN FLETCHER,
MARTIN T. HART,
JOSEPH M. RUGGIO, M.D.,
JOHN G. SCHULTE, and
CRAIG M. WALKER, M.D.,

      Defendants.

and

THE SPECTRANETICS CORPORATION,

      Nominal Defendant.

## FINAL JUDGMENT

**Blackburn, J.**

      This Final Judgment is entered pursuant to and in accordance with Fed. R. Civ. P. 58(a); and the **Order of Dismissal and for Entry of Judgment** [#75] entered by Judge Robert E. Blackburn on April 6, 2011, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation of Settlement** [#63-1] dated September 10, 2010, is **APPROVED**;

2.  That the Settling Derivative Parties are directed to perform in accordance with the terms set forth in the **Stipulation of Settlement** [#63-1] dated September 10, 2010, and in accordance with the terms of the **Order of Dismissal and for Entry of Judgment** [#75] filed April 6, 2011;

3.  That this Derivative Action and all claims contained therein, as well as all the Released Claims, are **DISMISSED** with prejudice as to the Settling Derivative Parties;

4. That Derivative Plaintiffs Counsel are **AWARDED** attorney fees, expenses, and disbursements in the amount of 350,000.00 dollars for services rendered in connection with the prosecution of this litigation;

5.  That the Derivative Plaintiffs, as a group, are **AWARDED** 7,000.00 dollars, which shall be paid from the amount awarded for attorney fees, expenses and disbursements and shall be allocated to the Plaintiffs by Derivative Plaintiffs' Counsel in accordance with the terms of the Stipulation;

6.   That the Settling Class Action Parties are to bear their own costs, except as otherwise provided in the Stipulation, including Section 4.4 of the Stipulation; and

7.  That these consolidated cases are CLOSED.

DATED at Denver, Colorado, this  7th  day of April, 2011.

                    FOR THE COURT:

                    Gregory C. Langham, Clerk

                    By: s/ Edward P. Butler
                           Edward P. Butler,
                           Deputy Clerk

APPROVED BY THE COURT:

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge